IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | § § § | PLAINTIFF |
| v. | § § | Civil Action No. 1:10cv567-LG-RHW |
| ERIC DAHLHAUSER | § § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [42] filed by De Lage Landen Financial Services, Inc., the Court, after a full review and consideration of De Lage's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** the Motion for Summary Judgment [42] filed by De Lage Landen Financial Services, Inc., is **GRANTED**.  De Lage is entitled to a judgment against Eric Dahlhauser in the amount of $3,004,271.51, plus eighteen percent interest from the November 24, 2010 date of default.

**SO ORDERED AND ADJUDGED** this the 6th day of October, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE